UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JEFFRIES,

    Plaintiff,

v.

    Case No. 1:25-cv-254

    HON. JANE M. BECKERING

KYM L. WORTHY, et al.,

    Defendants.
_____/

**ORDER**

This is a civil action filed by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 9) on April 22, 2025, recommending that the Court dismiss Plaintiff's complaint for failure to state a claim on which relief may be granted, and recommending that an appeal of this matter by Plaintiff would not be in good faith. The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed. *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 9) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's complaint is DISMISSED for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: May 21, 2025                                                  /s/ Jane M. Beckering
                                                                                       JANE M. BECKERING
                                                                                       United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.